AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Jesse M. James,<br>*Plaintiff*<br>v.<br>Lancaster County Detention Center,<br>in Lancaster, S.C.; Sheriff Barry Faile; Mrs. Deborah Horne,<br>*Defendants* | )<br>)<br>) Civil Action No.  1:13-cv-00211-DCN<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jesse M. James, shall take nothing of the defendants, Sheriff Barry Faile and Mrs Deborah Horne, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to these defendants is dismissed with prejudice.

■ other: the plaintiff, Jesse M. James, shall take nothing of the defendant, Lancaster County Detention Center, as to the complaint filed pursuant to 42 U.S.C. §1983 and the action as to this defendant is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, in the order dated 3/6/2015, which adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the action with prejudice.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the action against defendant Lancaster County Detention Center.

Date:  March 10, 2015                                                     *LARRY W. PROPES, CLERK OF COURT*

                                                                                                    s/M. Walker
                                                                                    *Signature of Clerk or Deputy Clerk*